UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONNIE L. MARION,

                              Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2414 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

BROOKLYN OFFICE

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on July 28, 2006, granting the Commissioner's motion for judgment on the pleadings and affirming her final decision on plaintiff's application for Disability Insurance Benefits and Supplemental Security Income; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted and her final decision on plaintiff's application is affirmed for Disability Insurance Benefits and Supplemental Security Income.

Dated: Brooklyn, New York
         July 28, 2006

                                                                  ROBERT C. HEINEMANN
                                                                   Clerk of Court